# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-1620
LT Case No. 2022-CF-000951

———————————————

JAMES LEWIS COTTLE, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Nassau County.
Steven Michael Fahlgren, Judge.

Ryan Edward McFarland, of Kent & McFarland, Jacksonville, for
Appellant.

James Uthmeier, Attorney General, and Amanda A. Uwaibi,
Assistant Attorney General, Tallahassee, for Appellee.


January 8, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, EDWARDS, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____